RELATED DDJ

FULL NAME

Terrence C. Daniels
COMMITTED NAME (if different)

2415 W. 6th Street
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Los Angeles, CA 90057

310-877-2009
PRISON NUMBER (if applicable)

**FILED**
CLERK, U.S. DISTRICT COURT

3/18/24

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____eee_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Terrence C. Daniels

PLAINTIFF,

v.

Los Angeles County Sheriff
Los Angeles County Superior Court

DEFENDANT(S).

CASE NUMBER

**2:24-cv-02208-SB-KS**

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes    ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

**CIVIL RIGHTS COMPLAINT**

a.  Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b.  Court _____

_____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it

appealed?  Is it still pending?) _____

f.  Issues raised: _____

_____

_____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes    ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

_____

3.  Is the grievance procedure completed?  ☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

_____

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _____Terrence C. Daniels_____
(print plaintiff's name)

who presently resides at 2415 W. 6th Street Los Angeles, CA 90057 ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Stanley Mosk Courthouse
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

on (date or dates) _____ 2/7/20 _____, _____, _____.
                          (Claim I)                (Claim II)              (Claim III)

**NOTE**:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant   Los Angeles County Sheriff _____ resides or works at
                (full name of first defendant)

                 4700 Ramona Blvd. Monterey Park, CA 91754 _____
                (full address of first defendant)

                _____
                (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☒ official capacity.

    Explain how this defendant was acting under color of law:

    Dereliction of Duty, Deprivation of Civil Rights, Deprivation of Government Services, Conspiracy to interfere with the

    Judcial Process, Deprivation of Rights or Privliges guaranteed by the Law. Intentional infliction of Emotional Distress.

2.  Defendant   Los Angeles County Superior Court _____ resides or works at
                (full name of first defendant)

                111 N. Hill Street Los Angeles, CA 90012 _____
                (full address of first defendant)

                _____
                (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☒ official capacity.

    Explain how this defendant was acting under color of law:

    Dereliction of Duty, Deprivation of Civil Rights, Deprivation of Government Services, Conspiracy to interfer with the

    Judcial Process, Deprivation of Rights or Privileges guaranteed by Law. Intentional infliction of Emotional Distress.

3.  Defendant   _____ resides or works at
                (full name of first defendant)

                _____
                (full address of first defendant)

                _____
                (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

---

**CIVIL RIGHTS COMPLAINT**

4.  Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5.  Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**CIVIL RIGHTS COMPLAINT**

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Deprivation of Due Process, Conspiracy to interfer with the Judcial Process, Deprivation of Rights or Privileges guaranteed

by the constitution Article I Section III of California Constitution. U.S.C. 1985 [2;3]

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On 02/07/2024, I filed a Small Claims Action against, MJW Investments, at The Stanley Mosk Courthouse. I then submitted complaint to Sheriffs Office located on 5th floor for Service. My Complaint was taken by the clerk and I was informed that, My complaint would be served by the Inglewood Office. That never happened. Upon returning to Sheriff's Office for proof, I was informed there was no record in their system. Causing me to have to contiunue case, (24STSC00623). This complaint, has been filed and Obstructed twiuce. The first case (23STSC01741) Was filed in April of 2023, My case kept getting continued, in an effort to protect Defendant from prosection. On 12/07/23, I missed court after being sent Fraudulent Court connect Links, for the Previous hearing date. Case was dismissed and I refiled (24STSC000623). Every Case I've had at this courthouse, Against MJW Investments, been obstructed. Protecting MJW From Prosection. It has become evident that, Court and Sheriff Agents continue to deliberately interfere with cases, to not only prevent prosecution but, in retaliation for Previous cases Filed. It's further evident that someone is using their Office or Authority to intentionally cause me harm in the forms of: Wasted time that could've been spent making a living, and Emotional Distress.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**CIVIL RIGHTS COMPLAINT**

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Punitive Damages of 10,000,000.

03/18/2024
_(Date)_

_(Signature of Plaintiff)_