JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TERRENCE C. DANIELS,<br><br>        Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF et al.,<br><br>        Defendants. | Case No. 2:24-cv-02208-SB-KS<br><br><br>ORDER DISMISSING CASE |

On March 18, 2024, Plaintiff Terrence Daniels filed a complaint alleging violations of his constitutional rights against Defendants Los Angeles County Sheriff and Los Angeles County Superior Court.  Dkt. No. 1.  That same day, he filed a request to proceed in forma pauperis.  Dkt. No. 3.  On April 30, the Court screened the complaint pursuant to 28 U.S.C. § 1915(e)(2) and dismissed it for failing to state a claim.  Dkt. No. 5.  In the order of dismissal, the Court ordered Plaintiff to file an amended complaint within 30 days and warned him that failure to do so would "be deemed consent to dismiss the case without prejudice."  *Id*. Plaintiff has not filed an amended complaint within the 30-day period. Accordingly, Plaintiff's claims are dismissed without prejudice.

A final judgment will be separately entered.

Date: June 18, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1