JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE C. DANIELS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-02208-SB-KS<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order of dismissal entered this day, Plaintiff Terrence Daniels's claims against Defendants Los Angeles County Sheriff and Los Angeles County Superior Court are dismissed without prejudice.

　　　This is a final judgment.

Date: June 18, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge

1